MINA PARKER, APPELLANT, v. JOHN A. ROEBLING'S SONS COMPANY, RESPONDENT.

Argued October 24, 1947—Decided January 29, 1948.

For the appellant, *George Pellettieri.*

For the respondent, *Crawford Jamieson.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Wachenfeld in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DONGES, HEHER, COLIE, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 12.

*For reversal*—None.